UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-21013-CIV-SEITZ/O'SULLIVAN

**MAXIMO HADDAD, an individual,**

    **Plaintiff,**

v.

**RAV BAHAMAS, LTD., a foreign
corporation and GERARDO CAPO,
an individual,**

    **Defendants.**
_____/

### ORDER ON PLAINTIFF'S OBJECTIONS TO SUBPOENA DUCES TECUM ON BARRY MUKAMAL

THIS MATTER came on to be heard at a duly noticed hearing held on June 12, 2008, upon the objections of Plaintiff to Defendants' subpoena duces tecum on Barry Mukamal ("Mukamal"). The Court, having heard argument in open court and having considered the memoranda of law submitted by both parties,

**ORDERS AND ADJUDGES:**

Plaintiff's objections be and same are hereby OVERRULED as follows:

1. Barry Mukamal previously served as a consulting expert in the divorce case on behalf of Maximo Haddad ("Haddad"), the plaintiff in this action.

2. Mukamal has been retained by Haddad to serve as his damages expert in this action.

3. Although the Court finds that the work product privilege associated with the prior work done by Mukamal on behalf of Haddad survives the conclusion of the divorce action, the Court

further finds that such privilege no longer applies with respect to any work done in connection with Haddad's assets, given Mukamal's role as a testifying expert in this action.

4.     Any such privilege has been waived with respect to anything relating to any assets of Haddad. Accordingly, and as more specifically stated on the record at the hearing, Mukamal is ordered to provide all materials from his files relating to the assets of Maximo Haddad to Defendants' counsel on or before June 19, 2008. Mukamal is to make production of all such documents from his files, irrespective of whether or not any such documents may have already been produced by anyone else.

5.     Each document that is to be produced shall be specifically identified as having come from Mukamal's files either by bates stamp or such other measure sufficient to allow for such identification.

**DONE AND ORDERED** in Chambers, at Miami, Florida on this **19th** day of June, 2008.

_____
**JOHN J. O'SULLIVAN**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to
United States District Judge Seitz
All counsel of record

### SERVICE LIST
### Maximo Haddad v. RAV Bahamas, Ltd.
### Case No. 05-21013-Civ-Seitz/O'Sullivan
### U.S. District Court, Southern District of Florida

Alexander Angueira, Esq.
aangueira@swmwas.com
**ALEXANDER ANGUEIRA, P.L.L.C.**
7301 S.W. 57th Court
Plaza 57, Ste. 515
Miami, FL  33143
T:  305/357-9031
F:  305/357-9050
Attorneys for Plaintiff
[via CM/ECF electronic filing]

Stanley H. Wakshlag, Esq.
shw@kennynachwalter.com
Amanda M. McGovern, Esq.
amm@kennynachwalter.com
**KENNY NACHWALTER, P.A.**
201 South Biscayne Blvd.
Suite 1100
Miami, FL 33131
T: 305/373-1000
F: 305/372-1861

*-and-*

Paul H. Bass, Esq.
phb57th@bellsouth.net
**PAUL H. BASS, P.A.**
Datran Tower II, Suite 1509
9130 South Dadeland Boulevard
Miami, FL  33156
T:  305/670-4191
F:  305/670-5596
Attorneys for the RAV Bahamas Defendants