UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-21013-CIV-SEITZ/O'SULLIVAN

MAXIMO HADDAD an individual,

    Plaintiff,

v.

RAV BAHAMAS, LTD., a foreign
corporation and GERARDO
CAPO, an individual,

    Defendants.
_____/

### NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Mediation Report [DE 227] indicating that this matter has been settled. Upon due consideration, it is hereby

ORDERED that

(1) The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **December 23, 2008**. Failure to comply with this Order may result in the final dismissal of this case.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) For administrative purposes, this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 3rd day of December, 2008.

                                      PATRICIA A. SEITZ
                                      UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
Counsel of Record